FILED
RICHARD W. NAGEL
CLERK OF COURT

1/22/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:21-cr-9 |
| | | Walter H. Rice |
| v. | : | |
| | | INFORMATION |
| IZAAK KEMP | : | 18 U.S.C. § 1924 |
| | | |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On an exact date unknown, but after January 19, 2018, and prior to May 25, 2019, within the Southern District of Ohio, defendant IZAAK KEMP, who was then a contractor of the United States, and by virtue of his employment, position, and contract, became possessed of documents and materials containing classified information of the United States, did knowingly remove such documents and materials without authority and with the intent to retain such documents and materials at an unauthorized location.

In violation of Title 18, United States Code, Section 1924.

DAVID M. DEVILLERS
United States Attorney

By: _____
DOMINICK S. GERACE
Assistant United States Attorney