| | | |
|---|---|---|
| ARRAIGNMENT AND<br>PLEA ON BILL OF INFORMATION | Date: February 25, 2021 | |
| USA v. Izaak Kemp | CASE NUMBER: 3:21cr9 | |
| Plaintiff's Attorney: AUSA, Dominick Gerace | Defendant's Attorney: Ronald Keller | |

Defendant appeared with counsel via video conference.

The Court discussed with counsel for defendant and government counsel the bond conditions provided in this case. The bond conditions are approved by the Court. Dialogue between the Court and pretrial services officer.

The Court discussed with counsel for defendant and defendant the defendant's right to appear in person for this proceeding. Defendant wishes to proceed today via video conference.

Defendant sworn in by the Court.

Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right.

Defendant waived right to Indictment.

Waiver of Indictment form signed by defendant, counsel for the defendant, and the Court.

Statement of Facts read into record by Judge Walter H. Rice.

Defendant acknowledged accuracy of Statement of Facts.

Defendant's advisory sentencing guidelines range discussed and Defendant stated he understood same and the Section 3553a factors of Title 18. Defendant stated, in addition, an understanding of all possible fines, penalties, and consequences of a plea of guilty.

Defendant's Constitutional rights explained and Defendant stated he understood rights.

Defendant waived Constitutional rights.

Plea agreement read into the record by AUSA, Dominick Gerace.

Defendant entered a plea of GUILTY to Count  1  .

The Court accepts defendant's plea of guilty.

The Court accepts the Plea Agreement.

Defendant referred to Probation Department for Pre-sentence Investigation (PSI).

Bond: Bond conditions have been reviewed and accepted by the Court.

**SENTENCING SET for Monday, May 24, 2021 at 2:00 p.m.**

**IF YOU INTEND TO CALL WITNESSES AT THE TIME SET FOR SENTENCING, PLEASE ADVISE THE COURT IMMEDIATELY SO AMPLE TIME IS PROVIDED. VICTIM IMPACT STATEMENTS MUST BE FILED WITH THE COURT UNDER SEAL NO LATER THAN ONE WEEK PRIOR TO SENTENCING.**
**Defendant Sentencing Memo due by 10 days before sentencing; response by Government due 3 days before sentencing.**

| | | | |
|---|---|---|---|
| COURT REPORTER: | Debra Futrell | CONVENE: | 10:34 |
| DEPUTY CLERK: | Tisha Parker | RECESS: | 11:46 |