IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21cr9 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| IZAAK KEMP | : | |
| Defendant. | : | |

---

**ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS AND TESTING TO DETERMINE COGNITIVE ABILITIES AND POTENTIAL OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL**

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to Dr. Massimo De Marchis, for the purposes of a mental status evaluation.

Defendant is currently on bond with this Court, awaiting sentencing. The Court requests Dr. Marciani to contact defendant's counsel, Ronald Keller at 937-372-6921, to facilitate the scheduling of an appointment.

For its part, the Court will furnish the Presentence Investigation Report and Statement of Facts. Dr. Massimo De Marchis, Psy.D. should delay any evaluation until expirationof the seven day period.

May 26, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record